No. 26-5052                          September Term, 2025

1:25-cv-00662-SLS

Filed On: February 11, 2026 [2158470]

America First Legal Foundation,

       Appellant

   v.

United States Government Accountability Office,

       Appellee

**O R D E R**

The notice of appeal was filed on February 6, 2026, and docketed in this court on February 11, 2026. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 13, 2026 |
| Docketing Statement Form | March 13, 2026 |
| Entry of Appearance Form (Attorneys Only) | March 13, 2026 |
| Procedural Motions, if any | March 13, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 13, 2026 |
| Statement of Issues to be Raised | March 13, 2026 |
| Transcript Status Report | March 13, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | March 13, 2026 |
| Dispositive Motions, if any | March 30, 2026 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 13, 2026 |
| Entry of Appearance Form (Attorneys Only) | March 13, 2026 |
| Procedural Motions, if any | March 13, 2026 |
| Dispositive Motions, if any | March 30, 2026 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
        Laura M. Morgan
        Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)