[NOT YET SCHEDULED FOR ORAL ARGUMENT]

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

AMERICA FIRST LEGAL FOUNDATION,

Plaintiff-Appellant,

v.

UNITED STATES GOVERNMENT
ACCOUNTABILITY OFFICE,

Defendant-Appellee.

No. 26-5052

## CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

### A.    Parties and Amici

Plaintiff in district court, and appellant here, is America First Legal Foundation.

Defendant in district court, and appellee here, is the United States Government Accountability Office.

There were no additional parties and no *amici curiae* in district court, and none have entered an appearance before this Court in this appeal.

## B.    Ruling Under Review

The ruling under review is the January 9, 2026, Memorandum Opinion and Order (Dkt. Nos. 13 & 14) entered by the Honorable Sparkle L. Sooknanan in *America First Legal Foundation v. U.S. Government Accountability Office*, No. 1:25-cv-662 (D.D.C.), granting the defendant's motion to dismiss.   The memorandum opinion is available at *America First Legal Foundation v. U.S. Government Accountability Office*, No. 1:25-cv-662 (SLS), 2026 WL 71886 (D.D.C. Jan. 9, 2026).

## C.    Related Cases

This case has not previously been before this Court.   Counsel are not aware of any currently pending related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Respectfully submitted,

THOMAS PULHAM
 /s/ *McKaye L. Neumeister*
McKAYE L. NEUMEISTER
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Room 7231
   Washington, D.C. 20530
   (202) 514-8100

MARCH 2026

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES.

*/s/ McKaye L. Neumeister*

McKaye L. Neumeister
Counsel for Defendant-Appellee