No. 26-5052

# In the United States Court of Appeals for the District of Columbia Circuit

———————

AMERICA FIRST LEGAL FOUNDATION,
APPELLANT,

*v.*

UNITED STATES GOVERNMENT ACCOUNTABILITY OFFICE,
APPELLEE.

———————

**STATEMENT OF ISSUES TO BE RAISED AND
CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES**

———————

CHRISTOPHER MILLS
*Spero Law LLC*
*557 East Bay Street #22251*
*Charleston, SC 29413*
*(843) 606-0640*
*cmills@spero.law*

*Counsel for Appellant*

Pursuant to the Court's February 11, 2026 Order, Appellant certifies as follows:

## I.    Statement of Issues to be Raised

Whether the district court erred in dismissing for failure to state a claim.

## II.    Certificate of Parties, Rulings, and Related Cases

### (A)    Parties

The appellant is America First Legal Foundation, who was the plaintiff below.

The appellee (defendant below) is the United States Government Accountability Office.

There were no *amici* before the district court.

### (B)    Rulings Under Review

The ruling under review is the district court's Order and Memorandum Opinion dismissing Plaintiff's Complaint. *Am. First Legal Found. v. U.S. Gov't Accountability Off.*, No. CV 25-662 (SLS), ECF Nos. 13, 14, 2026 WL 71886 (D.D.C. Jan. 9, 2026) (Judge Sparkle L. Sooknanan). Those documents are attached.

### (C)    Related Cases

The case on review was not previously before this Court or any other court.

Respectfully submitted,

*/s Christopher Mills*
CHRISTOPHER MILLS
*Spero Law LLC*
*557 East Bay Street #22251*
*Charleston, SC 29413*
*(843) 606-0640*
*cmills@spero.law*

March 13, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, the foregoing was served via this Court's CM/ECF system on counsel for all parties.

/s/  *Christopher Mills*
Christopher Mills