## UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5052                                2. DATE DOCKETED: 2/11/2026

3. CASE NAME (lead parties only) America First Legal Foundation  v.  U.S. Government Accountability Office

4. TYPE OF CASE:  ☒ District Ct -  ⦿ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ○ Yes  ⦿ No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.        Tax Court Docket No.
      Civil Action 25-662               Bankruptcy _____            Tax _____
      Criminal _____            Adversary _____
      Miscellaneous _____        Ancillary _____

   b. Review is sought of:
      ☒ Final Order     ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Sparkle L. Sooknanan                    Magistrate Judge _____

   d. Date of order(s) appealed (use date docketed): 1/09/2026    e. Date notice of appeal filed: 2/06/2026

   f. Has any other notice of appeal been filed in this case?    ○ Yes  ⦿ No    If YES, date filed: _____

   g. Are any motions currently pending in trial court?  ○ Yes  ⦿ No    If YES, date filed: _____
      If YES, identify motion _____

   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ○ Yes  ⦿ No
      If NO, why not?  No oral proceedings

   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____  ⦿ No

   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ⦿ No If YES, give each case's court and case name, and docket number:
      _____

   k. Does this case turn on validity or correct interpretation or application of a statute?    ⦿ Yes  ○ No
      If YES, give popular name and citation of statute FOIA, 5 U.S.C. §§ 551, 552

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ⦿ No    If so, provide program name and participation dates

Signature /s/ Christopher Mills                    Date  3/13/2026
Name of Party America First Legal Foundation
Name of Counsel for Appellant/Petitioner Christopher Mills
Address 557 East Bay St. #22251, Charleston, SC 29413
Phone ( 843 )  6060640      Fax ( ____ ) ____-____

ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, the foregoing was served via this Court's CM/ECF system on counsel for all parties.

/s/  *Christopher Mills*
Christopher Mills