**No. 26-5052**

# In the United States Court of Appeals for the District of Columbia Circuit

————

AMERICA FIRST LEGAL FOUNDATION,
APPELLANT,

*v.*

UNITED STATES GOVERNMENT ACCOUNTABILITY OFFICE,
APPELLEE.

————

## CORPORATE DISCLOSURE STATEMENT

————

CHRISTOPHER MILLS
*Spero Law LLC*
*557 East Bay Street #22251*
*Charleston, SC 29413*
*(843) 606-0640*
*cmills@spero.law*

*Counsel for Appellant*

Appellant America First Legal Foundation hereby states that it has no parent company and no publicly-held company holds a 10% or greater ownership interest in it. America First Legal Foundation is an IRS-approved section 501(c)(3) public charity that focuses on promoting the rule of law and the transparency of government operations.

Respectfully submitted,

*/s Christopher Mills*
CHRISTOPHER MILLS
*Spero Law LLC*
*557 East Bay Street #22251*
*Charleston, SC 29413*
*(843) 606-0640*
*cmills@spero.law*

March 13, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, the foregoing was served via this Court's CM/ECF system on counsel for all parties.

/s/  *Christopher Mills*
Christopher Mills