# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5052**                    **September Term, 2025**

**1:25-cv-00662-SLS**

**Filed On: May 26, 2026** [2175100]

America First Legal Foundation,

      Appellant

    v.

United States Government Accountability
Office,

      Appellee

## O R D E R

Upon consideration of appellant's unopposed motion to extend the filing time for opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | July 8, 2026 |
| Appendix | July 8, 2026 |
| Appellee's Brief | August 7, 2026 |
| Appellant's Reply Brief | August 28, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Scott H. Atchue
      Deputy Clerk