# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5052** **September Term, 2025**

**1:25-cv-00662-SLS**

**Filed On: August 28, 2026** **[2190468]**

America First Legal Foundation,

Appellant

v.

United States Government Accountability Office,

Appellee

**ORDER**

Upon consideration of the government's unopposed motion for a 28-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | October 2, 2026 |
| Appellant's Reply Brief | October 23, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk