United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-5052** **September Term, 2026**

**1:25-cv-00662-SLS**

**Filed On: October 14, 2026** **[2198074]**

America First Legal Foundation,

Appellant

v.

United States Government Accountability Office,

Appellee

**O R D E R**

Upon consideration of appellant's unopposed motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Reply Brief | November 20, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk